

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00221-CV

| | | |
|---|---|---|
| 2016 PARKVIEW CONDOMINIUMS DEVELOPMENT, LLC, Appellant and Appellee | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-338058-22) |
| V. | § | February 22, 2024 |
| LAWRENCE E. MARSHALL, Appellee and Appellant | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that 2016 Parkview Condominiums Development, LLC and Lawrence E. Marshall shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel